USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Civil Action No.: 09-civ-2153
CHILD MODEL (a pseudonym);
PARENTS OF CHILD MODEL (a pseudonym)
and ADULT MODEL (a pseudonym)

                    Plaintiffs,
                                                                   **INFANT'S**
       - against -                                                      **COMPROMISE**
                                                                       **ORDER**
DRAFT FCB, et al.

                  Defendants,
------------------------------------------------------------x

      Upon reading and filing the affidavit, dated July 9, 2009, of the parties identified in the caption and herein as "Parents of Child Model," who are the mother and father and natural guardians of the infant plaintiff, identified in the caption and herein as "Child Model"; the affirmation of Edward C. Greenberg, Esq., dated July 9, 2009; and it appearing that Child Model was born on July 17, 2001; and upon all papers filed and proceedings had herein; and it appearing that: the best interests of said infant will be served,

      NOW, on motion of Edward C. Greenberg, attorney for the Plaintiffs, it is

      ORDERED, that pursuant to S.D.N.Y. Local Rule 83.2(a), Parents of Child Model, as mother and father and natural guardian of the infant Child Model, are hereby authorized to enter into a compromise of Child Model's claim against all of the defendants, in the above captioned case upon the terms of a settlement agreement dated July 30, 2009 (the "Settlement Agreement"); and it is further

      ORDERED, that the causes of action brought on behalf of the infant, Child Model, against all named defendants be and same is hereby discontinued with prejudice; and it is further

      ORDERED, that the causes of action brought by or on behalf of Child Model and Parents of Child Model against defendants Draft FCB, Inc. ("Draft FCB") and The Interpublic Group of Companies ("Interpublic") and all other defendants, be and the

same are hereby settled pursuant to the terms of the Settlement Agreement; and it is further

ORDERED, that upon compliance with the terms of this Order, Parents of Child Model be and they are hereby authorized and empowered to execute a General Release and any instrument necessary to effectuate the settlement herein; and that a Stipulation of Dismissal be signed by the attorneys representing the parties to this action and filed with the Clerk of this Court; and that the parties to the Settlement Agreement shall fully comply with all of their other obligations thereunder; and it is further

ORDERED, that the making and filing of a bond is hereby waived.

SO ORDERED

_____
Hon. Jed S. Rakoff
United States District Judge

8 – 18 – 09